**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR228 |
| | ) | |
| Plaintiff, | ) | LIST OF WITNESSES |
| | ) | |
| vs. | ) | |
| | ) | Deputy:     Pat Veylupek |
| SERGIO TOVAR-ARREDONDO, | ) | Reporter:   Digital Recorder |
| | ) | Hearing Date: June 19, 2006 |
| Defendant. | ) | |

**FOR PLAINTIFF:**

| **Name** | **Date** |
|---|---|

| **Name** | **Date** |
|---|---|
| Isra Harahap | July 19, 2006 |
| | |
| | |
| | |

**FOR DEFENDANT:**

| **Name** | **Date** |
|---|---|
| | |
| | |
| | |
| | |